# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00474-CR

**Christina Lyons, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-11-0101, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's counsel has filed his fifth motion for extension of time to file appellant's brief. We grant the motion and ORDER counsel to file appellant's brief no later than June 28, 2013. No further extensions will be granted. If counsel fails to file a brief by the deadline, a hearing before the district court will be ordered. *See* Tex. R. App. P. 38.8(b).

It is ordered June 7, 2013.

Before Justices Puryear, Pemberton and Rose

Do Not Publish